VIOLA M. BRODERICK, Appellant, v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.— Action to recover the face amount of a policy of insurance which had lapsed three years before the death of the insured, less the

amount of a loan or advance made by the defendant to the insured pursuant to the terms of the policy. Judgment dismissing the complaint on the merits unanimously affirmed, with costs. No opinion. Present — Hagarty, Carswell, Adel, Taylor and Close, JJ.